# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH M. JACKSON,<br><br>    Plaintiff,<br><br>        v.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br>and JOHN DOE, MANAGER,<br><br>    Defendants. | CIVIL ACTION NO. 3:CV-14-015<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE BLEWITT) |

## ORDER

**NOW**, this 28th day of February, 2014, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 7) is **ADOPTED in part**. The recommendation to transfer the action to the United States District Court for the Northern District of Georgia is **ADOPTED**.

(2) The action is **TRANSFERRED** to the United States District Court for the Northern District of Georgia.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge