IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | | |
|---|---|---|
| JOSEPH JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 1:14-cv-00610-WSD-LTW |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**EQUIFAX INFORMATION SERVICES LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR DISCOVERY**

Defendant, Equifax Information Services LLC ("Equifax"), submits this response in opposition to Plaintiff's Motion for Discovery (Doc. 36).

There is no basis in the Federal Rules of Civil Procedure for a "discovery motion." Discovery is governed by Federal Rules of Civil Procedure 26 through 37. Discovery practice begins after the parties have conducted a Rule 26(f) parties' meeting. *Telecomm Technical Services, Inc. v. Siemens Rolm Communications*, 172 F.R.D. 532, 541 (N.D. Ga., 1997). After the meeting of the parties, the litigants may serve discovery requests. The parties to this case have not met in order to fulfill their obligations under Rule 26(f) and, therefore, Plaintiff cannot yet serve discovery. Equifax's counsel, however, are willing to

meet pursuant to the Rule whenever Plaintiff is available.

Further, Local Rule 26.2 states that "[t]he discovery period shall commence thirty (30) days after the appearance of the first defendant by answer to the complaint, unless the parties mutually consent to begin earlier." On July 28, 2014, Equifax filed a timely answer to Plaintiff's Complaint. (Doc. 25.) 30 days have passed since Equifax answered. As such, there is no time bar to Plaintiff commencing discovery. Plaintiff's Motion is unnecessary and should be denied.

Dated: November 7, 2014.

Respectfully submitted,

KING & SPALDING LLP

By: /s/ Lewis P. Perling
Brian J. Olson (Ga. Bar No. 553054)
Barry Goheen (Ga. Bar No. 299203)
Lewis P. Perling (Ga. Bar No. 572379)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  bgoheen@kslaw.com
Email:  lperling@kslaw.com
Email:  bjolson@kslaw.com
*Attorney for Equifax Information Services LLC*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point New Times Roman was used for this Answer and that it has been formatted in compliance with Local Rule 5.4.

This 7th day of November, 2014.

/s/ Lewis P. Perling

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2014, I served a copy of the following pleading by mailing it through the U.S. mail to the following party of record:

Joseph M. Jackson
113907
OSR Unit D-2-11
P.O. Box 514
Granite, OK 73547

                                              /s/ Lewis P. Perling
                                              Georgia Bar No. 572379
                                              Attorney for Equifax Information
                                              Services LLC